**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

**No. 98-6073**

―――――――――

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

HYGINUS IKECHUKWU ILODI, a/k/a Ike Ilodi,

Defendant - Appellant.

―――――――――

Appeal from the United States District Court for the District of Maryland, at Baltimore.  Herbert N. Maletz, Senior Judge, sitting by designation.  (CR-90-483-HM, CA-97-925-HNM)

―――――――――

Submitted:  March 26, 1998          Decided:  April 9, 1998

―――――――――

Before WIDENER and MOTZ, Circuit Judges, and BUTZNER, Senior Circuit Judge.

―――――――――

Dismissed by unpublished per curiam opinion.

―――――――――

Hyginus Ikechukwu Ilodi, Appellant Pro Se.  Lynne Ann Battaglia, United States Attorney, Robert Reeves Harding, Assistant United States Attorney, Baltimore, Maryland, for Appellee.

―――――――――

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1997). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. United States v. Ilodi, Nos. CR-90-483-HM; CA-97-925-HNM (D. Md. Nov. 6, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED